118 F.3d 1575
 Douglas Ganci
v.
Boro of Jenkintown, City of Philadelphia, Joseph M. Mongan,
Robert Furlong, John Capresecco, Two Unknown Police
Officers, Henry M. Liss, Carroll, Det., #8096, Coccia, Sgt.,
#8681, Woods, Lt., #166, Fleming, p/o, #5587, Three Unknown
Police Officers, Montgomery County, Mario Mele,
Commissioners, Joseph M. Hoeffel, Richard Buckman, Kathryn
Vance, Officer Wellerman
 NO. 96-1790
 United States Court of Appeals,
Third Circuit.
 June 20, 1997
 Appeal From: E.D.Pa. ,No.95cv00262
 
 1
 Affirmed in part, Vacated in part.